UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS, | No. 2:12-cv-1774-TLN-CMK-P |
| Plaintiff, | |
| v. | **ORDER** |
| V. MINI, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 26, 2016, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  Plaintiff was granted additional time in which to file objections.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 26, 2016, are adopted in full;

1

2. Defendant's motion to dismiss (ECF No. 21) is granted; and

3. Plaintiff shall file an amended complaint in compliance with the Magistrate Judge's findings and recommendations within 30 days of the date of this order.

Dated: August 8, 2016

_____
Troy L. Nunley
United States District Judge