IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON E. MORRIS, | No. 2:12-cv-1774-TLN-CMK |
| Plaintiff, | |
| vs. | ORDER |
| V. MINI, et al. | |
| Defendants. | |
| _____ / | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 32) to file an amended complaint. Good cause appearing therefor, the request is granted. Plaintiff shall file an amended complaint within 30 days of the date of this order. Plaintiff is reminded that failure to file an amended complaint within the time provided may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

In addition, plaintiff requests a copy of the original complaint filed in this action as his legal documents have gone missing. Plaintiff is advised that the clerk does not ordinarily provide free copies of case documents to parties. In forma pauperis status does not include the cost of copies. The Clerk's Office will provide copies of documents and of the docket sheet at

1

$0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC." Copies of documents in cases may also be obtained by printing from the public terminals at the Clerk's Office or by contacting Cal Legal Support Group at: 3104 "O" Street, Suite 291, Sacramento, CA 95816, phone 916-441-4396, fax 916-400-4948. However, in order to move this case along, the court will authorize the Clerk of the Court to provide plaintiff with a copy of his complaint as a one time courtesy.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for additional time to file an amended complaint (Doc. 32) is granted;

2. Plaintiff shall file an amended complaint within 30 days of the date of this order; and

3. The Clerk of the Court is directed to send plaintiff a copy of the original complaint filed in this action as a one time courtesy.

DATED: October 13, 2017

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE