IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON EUGENE MORRIS, | No. 2:12-CV-1774-TLN-DMC-P |
| Plaintiff, | |
| vs. | ORDER |
| V. MINI, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Defendants are directed to file a response to plaintiff's first amended complaint (Doc. 34) within 30 days of the date of this order.

IT IS SO ORDERED.

DATED: Sept 4 2018

Hon. Dennis M. Cota
United States Magistrate Judge

1