# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON EUGENE MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>V. MINI, et al.,<br><br>Defendants. | No. 2:12-CV-1774-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (Doc. 38) for a 90-day extension of time to file a response to defendants' motion to dismiss, filed on October 4, 2018. Good cause not appearing therefor, the motion for a 90-day extension of time will be denied. The court will, however, grant plaintiff s 30-day extension of time. Plaintiff also seeks an order requiring defendants to provide him with copies of all filings in this case. That request is also denied without prejudice to seeking copies of the court's file from the Clerk of the Court at $.25 per page.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a 90-day extension of time is denied;

2. Plaintiff may file an opposition to defendants' motion to dismiss within 30 days of the date of this order; and

3. Plaintiff's request for copies of the court's file is denied without prejudice to seeking copies from the Clerk of the Court at $.25 per page.

Dated: November 29, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE